An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

INCORPORATE-US.COM, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; GLOBAL CONNECTION,
LTD., A NEW MEXICO LIMITED
LIABILITY COMPANY; AND BEVERLY
TEICHGRAEBER, AN INDIVIDUAL,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
CONNIE J. STEINHEIMER, DISTRICT
JUDGE,
Respondents,
    and
RAUL HERNANDEZ; MARIANE
HERNANDEZ; RAMON GUERRERO;
TIMOTHY BURKE; ELLA KANCYLAR;
EFRAIN SANDOVAL; VANESSA
SANDOVAL; FRANCISCO JACINTO-
LARA; GLORIA SANCHEZ DE
JACINTO; DEMECIO JACINTO;
MARTINA JACINTO; NORMA
JACINTO ESTRADA; SALVADOR
HERNANDEZ; RITA
MARTYNAITIENE; VYTAUTAS
MARTYNAITIS; AND MARIA MADERA,
Real Parties in Interest.

No. 67185

**FILED**

JAN 2 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S.Young___
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This petition was docketed on January 9, 2015, without the requisite filing fee. On January 13, 2015, petitioner filed a motion to withdraw this petition, explaining that it is duplicative of a petition already pending in this court, and that the instant petition was

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-02992

mistakenly filed by petitioner as a new petition. Cause appearing, petitioner's motion for a voluntary dismissal of this petition is granted, and this petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

cc: Hon. Connie J. Steinheimer, District Judge
Clifton J. Young
Fahrendorf, Viloria, Oliphant & Oster, LLP
Doyle Law Office, PLLC
Washoe District Court Clerk